UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

KANDI LEANN DEWEY,                          Bankruptcy Case No. 12-06287

        Debtor,                                 Adversary Proceeding No. 12-80346
_____/

MARCIA R. MEOLI,

        Plaintiff,                              Case No. 1:13-cv-560

v.                                                   Hon. Janet T. Neff

TIFFANY BURSLEY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed May 21, 2013 by the United States Bankruptcy Judge in this action regarding the motion for entry of a default judgment against Defendant. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Marcia R. Meoli, Trustee, against Defendant Tiffany Bursley in the amount of $2,500.00, together with interest at the statutory rate and costs of $293.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated: June 11, 2013                                /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge